# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Patricia Blackburn,

    Plaintiff,

        v.                       Case No. 1:09cv943

Michael J. Astrue,
Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 24, 2012 (Doc. 24).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters, 638 F.2d 947 (6th Cir. 1981)*. No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 24) of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Motion for Attorney Fees (Doc. 21) is **GRANTED**. Plaintiff be awarded $3,707.50 in attorney fees consistent with the opinion by the Magistrate Judge.

**IT IS SO ORDERED.**

                                      *S/Michael R. Barrett*
                                      Michael R. Barrett
                                      United States District Judge